U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number |
|---|---|
| William T. Divane, Jr., Kenneth J. Bauwens, Michael J. Caddigan, Samuel Evans, Tim Foley, Thomas C. Halperin, Daniel Meyer, Kevin O'Shea, Larry Crawley and Michael L. Walsdorf, as the Electrical Insurance Trustees, Plaintiffs v. Henry I. McJunkins, Defendant | KC **FILED** NOV 29 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

William T. Divane, Jr., Kenneth J. Bauwens, Michael J. Caddigan, Samuel Evans, Tim Foley, Thomas C. Halperin, Daniel Meyer, Kevin O'Shea, Larry Crawley and Michael L. Walsdorf, as the Electrical Insurance Trustees

**07CV6707**
**JUDGE KENDALL**
**MAGISTRATE JUDGE COX**

| NAME (Type or print) |
|---|
| David R. Shannon |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ [signature] |

| FIRM |
|---|
| Tenney & Bentley, LLC |

| STREET ADDRESS |
|---|
| 111 West Washington St., Ste. 1900 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06205397 | (312)407-7800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐