```
                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION
```

| | |
|---|---|
| WILLIAM T. DIVANE, JR., <u>et al</u>., as the ELECTRICAL INSURANCE TRUSTEES,<br><br>      Plaintiffs,<br><br>  v.<br><br>HENRY I. MCJUNKINS d/b/a/ SWIFT ELECTRICAL CONTRACTORS,<br><br>      Defendant. | No. 07 C 6707<br><br>Judge Kendall |

**NOTICE OF VOLUNTARY DISMISSAL**

     The plaintiffs, WILLIAM T. DIVANE, JR., KENNETH J. BAUWENS, MICHAEL J. CADDIGAN, LARRY CRAWLEY, SAMUEL EVANS, MICHAEL FITZGERALD, THOMAS C. HALPERIN, DANIEL MEYER, KEVIN O'SHEA, and MICHAEL R. WALSDORF, as the ELECTRICAL INSURANCE TRUSTEES, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismiss, without prejudice, the action filed against HENRY I. MCJUNKINS d/b/a/ SWIFT ELECTRICAL CONTRACTORS.

                                              WILLIAM T. DIVANE JR., <u>et al.</u>, as the ELECTRICAL INSURANCE TRUSTEES

                              By:  /s/ David R. Shannon
                                      One of Their Attorneys

David R. Shannon
Tenney & Bentley, LLC
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800